**Frank VIGIL, Jr., Plaintiff–Appellant,**

v.

**John WALRACH, Assistant Warden; Walter Sweeny, Unit Manager B– Building; Randall Mathena, Superintendent and former Warden of ROSP, Defendants–Appellees.**

No. 16–6050

United States Court of Appeals, Fourth Circuit.

Submitted: August 31, 2016

Decided: September 29, 2016

Frank Vigil, Jr., Appellant Pro Se. Mark Rankin Herring, Attorney General, Laura Haeberle Cahill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before DUNCAN, AGEE, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Vigil, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Vigil v. Walrach, No. 7:15–cv–00063–MFU–RSB, 2015 WL 8584741 (W.D. Va. Dec. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED